```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION,       :
:
Plaintiff,      :
:           22-cv-3096 (LJL)
-v-                            :
:           ORDER
DOMENIC CALABRIGO, CURTIS (CURT) LEHNER,  :
HASAN SARIO, COURTNEY VASSEUR,            :
:
Defendants.     :
:
----------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      The Court has before it a Proposed Order to Show Cause, Temporary Restraining Order, and Order Freezing Assets and Granting Other Relief. The Court will hold a telephonic hearing on Friday, April 15, 2022 at 10:00 a.m. regarding this request. The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101#, and follow the necessary prompts. Plaintiff is directed to inform the defendants of the hearing and provide the dial-in information.

SO ORDERED.

Dated: April 14, 2022
      New York, New York
                                       LEWIS J. LIMAN
                                 United States District Judge