```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SECURITIES AND EXCHANGE COMMISSION,                              :
                                                                 :
                       Plaintiff,                                :
                                                                 :      22-cv-3096 (LJL)
        -v-                                                      :
                                                                 :           ORDER
DOMENIC CALABRIGO, CURTIS LEHNER, HASAN                          :
SARIO, and COURTNEY VASSEUR,                                     :
                                                                 :
                       Defendants.                               :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of a letter from the Securities and Exchange Commission ("SEC") attaching a letter from counsel for defendant Curt Lehner seeking a two-week adjournment of the preliminary injunction hearing currently scheduled for May 20, 2022 and a corresponding extension of the deadlines for related submissions. Dkt. No. 41. The SEC states that it does not oppose the adjournment of the hearing and submission of filing dates subject to the Court's extension of the Order to Show Cause, Temporary Restraining Order, and Order Freezing Assets and Granting Other Relief, initially filed at Dkt. No. 14 and extended by the Orders at Dkt. Nos. 24 and 38.

The Court is also in receipt of a letter motion from counsel for defendant Domenic Calabrigo, requesting that the Order filed at Dkt. No. 14 be extended and the hearing currently scheduled for May 20, 2022 be adjourned. Dkt. No. 42.

The requests are GRANTED. The preliminary injunction hearing currently scheduled for May 20, 2022 is rescheduled for Friday, June 3, 2022 at 5:00 p.m. The hearing will proceed telephonically. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101#.

The Court finds that good cause exists for the Order at Dkt. No. 14, as extended by the Orders at Dkt. Nos. 24 and 38, to be extended by fourteen days. The Temporary Restraining Order and Order Freezing Assets and Granting Other Relief shall be extended until June 10, 2022.

SO ORDERED.

Dated: May 16, 2022
       New York, New York                         _____
                                                        LEWIS J. LIMAN
                                                        United States District Judge