UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,    :    NOTICE OF MOTION
:
    - v. -    :    ECF Case
:
DOMENIC CALABRIGO, CURTIS ("CURT") LEHNER,  :    No. 22 Civ. 03096 (LJL)
HASAN SARIO, and COURTNEY VASSEUR,    :
:
    Defendants.    :
:
------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Curtis William Lehner et al.*, 21 Cr. 121 (RMB) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, and Noah Solowiejczyk, Vladislav Vainberg, and Jason Richman, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
       August 19, 2022

                              DAMIAN WILLIAMS
                            United States Attorney

                            /s/    Noah Solowiejczyk
                            Noah Solowiejczyk
                            Vladislav Vainberg
                            Jason Richman
                            Assistant United States Attorneys
                            Telephone: (212) 637-2473/1029/2589